IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Santilli, Richard J

Printed: 1/15/08

Case Number: 07 B 08053
Judge: Wedoff, Eugene R
Filed: 5/2/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: November 15, 2007
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 892.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 843.83 |
| Trustee Fee: |  | 48.17 |
| Other Funds: |  | 0.00 |
| Totals: | 892.00 | 892.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert M Kaplan | Administrative | 2,000.00 | 843.83 |
| 2. | America's Servicing Co | Secured | 0.00 | 0.00 |
| 3. | America's Servicing Co | Secured | 0.00 | 0.00 |
| 4. | Resurgent Capital Services | Unsecured | 1,258.01 | 0.00 |
| 5. | Capital One | Unsecured | 379.28 | 0.00 |
| 6. | Capital One | Unsecured | 35.94 | 0.00 |
| 7. | National City Bank | Unsecured | 947.08 | 0.00 |
| 8. | Resurgent Capital Services | Unsecured | 81.64 | 0.00 |
| 9. | Ge Capital Consumer Card Aka GE Money Bk | Unsecured | 18.99 | 0.00 |
| 10. | Capital One | Unsecured | 276.11 | 0.00 |
| 11. | ECast Settlement Corp | Unsecured | 286.32 | 0.00 |
| 12. | Discover Financial Services | Unsecured | 305.81 | 0.00 |
| 13. | Resurgent Capital Services | Unsecured | 242.58 | 0.00 |
| 14. | ECast Settlement Corp | Unsecured | 861.58 | 0.00 |
| 15. | ECast Settlement Corp | Unsecured | 123.98 | 0.00 |
| 16. | RBS | Unsecured | 423.18 | 0.00 |
| 17. | Chase Bank | Unsecured | 30.33 | 0.00 |
| 18. | Harris Bank | Secured |  | No Claim Filed |
| 19. | America's Servicing Co | Secured |  | No Claim Filed |
| 20. | Cook County Treasurer | Priority |  | No Claim Filed |
| 21. | Citibank | Unsecured |  | No Claim Filed |
| 22. | Capital One | Unsecured |  | No Claim Filed |
| 23. | Discover Financial Services | Unsecured |  | No Claim Filed |
| 24. | HSBC Bank USA | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Santilli, Richard J

Printed:  1/15/08

Case Number:  07 B 08053
Judge:  Wedoff, Eugene R
Filed:  5/2/07

_____   _____
$ 7,270.83   $ 843.83

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 48.17 |

_____
$ 48.17

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*/s/ Mach* _____